THE SOUTHLAND CORPORATION, PLAINTIFF-RESPONDENT, v. THE TOWNSHIP OF EDISON, DEFENDANT-APPELLANT AND ROSEANNE AMENDOLA, T/A MENLO PARK AMOCO, AMOCO OIL COMPANY & AMOCO CORPORATION, PLAINTIFFS-RESPONDENTS, v. MUNICIPAL COUNCIL OF THE TOWNSHIP OF EDISON AND TOWNSHIP OF EDISON, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued March 17, 1987—Decided March 31, 1987.

Before Judges GAULKIN, BAIME and ASHBEY.

*Peter A. DeSarno* argued the cause for appellants.

*Lee M. Hymerling* argued the cause for respondent The Southland Corporation (*Archer & Greiner,* attorneys; *Lee M. Hymerling, John P. Hauch, Jr.* and *Christopher R. Gibson,* on the brief).

*Vincent D. Paragano* argued the cause for respondents Roseanne Amendola, Amoco Oil Company and Amoco Corporation (*Vincent D. Paragano* and *Fran J. Garb,* on the brief).

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed in Judge Keefe's opinion reported at 217 *N.J.Super.* 158 (Ch.Div.1986).